UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEUSIBO DAVIDOV,

                Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; AMERICAN EXPRESS CO.; and BANK OF AMERICA, N.A.

                Defendants.

**ORDER OF DISMISSAL**

20 Civ. 3862 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein as to Defendant Bank of America N.A. have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs as to Defendant Bank of America N.A.; provided, however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored as to Defendant Bank of America N.A.  Any pending dates and deadlines for as to Defendant Bank of America N.A. are adjourned sine die, and any pending motions filed by Defendant Bank of America N.A. are moot.

Dated:  New York, New York
         September 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge