

|  |  |
|---|---|
|  | 144-41 70th Road |
|  | Flushing, New York 11367 |
|  | tel: 718.705.8706 |
|  | fax: 718.705.8705 |
|  | uri@horowitzlawpllc.com |
|  | www.horowitzlawpllc.com |

October 1, 2020

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Via ECF**

    ***Davidov v. Equifax Information Services, LLC., et al.***
    **Docket No. 1:20-cv-03862-PGG**

> MEMO ENDORSED
> The status conference scheduled for October 8, 2020 is adjourned to October 15, 2020 at 10:15 am.
>
> SO ORDERED.
>
> *[signature]*
> Paul G. Gardephe
> United States District Judge
>
> October 2, 2020

Your Honor,

    We represent the Plaintiff, Heusibo Davidov, in the above referenced action, We write with consent of Defendants, Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. ("Experian") and in accordance with Your Honor's Individual Practices in advance of the Initial Conference, presently scheduled for October 8, 2020 at 10:45 AM.

    We write to respectfully request an adjournment of the Initial Conference to a later date due to Plaintiff's counsel's inability to attend due to the Jewish Holiday of Sukkos.

    We have conferred with remaining Equifax and Experian who consents to this request. Defendant's American Express Co., Bank of America, N.A. and Department Stores National have previously settled with Plaintiff.

    This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

    The parties respectfully suggest the following dates during the week after the Holiday concludes, October 14, 15, or 16, or what works best with the Court's calendar.

    We thank Your Honor and the Court for its kind considerations and courtesies.

    Respectfully,
    /s/ *Uri Horowitz*
    Uri Horowitz

CC: *All Counsel of Record via ECF*