UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEUSIBO DAVIDOV,

      Plaintiff,

 - against -

EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

**ORDER**

20 Civ. 3862 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that this case is stayed until **November 15, 2020** for settlement discussions. By **November 15, 2020**, the parties are directed to file a joint letter regarding the status of those settlement discussions.

Dated: New York, New York
    October 15, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge