UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEUSIBO DAVIDOV,

                Plaintiff,

- against -

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS CO., BANK OF AMERICA, N.A. AND DEPARTMENT STORES NATIONAL BANK,

                Defendants.

**ORDER OF DISMISSAL**

20 Civ. 3862 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled as to Defendant Equifax Information Services, LLC, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs as to Defendant Equifax Information Services, LLC; provided, however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored as to Defendant Equifax Information Services, LLC.  Any pending dates and deadlines for Defendant Equifax Information Services, LLC are adjourned _sine die_, and any pending motions filed by Defendant Equifax Information Services, LLC are moot.

Dated: New York, New York
       November 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge